IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL HARPER,

      Plaintiff,                    No. CIV S-07-2148 LEW KJM P

   vs.

N. COSTA, et al.,

      Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On October 22, 2007, plaintiff was directed to submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

        Plaintiff has filed a document entitled "first set of interrogatories." Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as

1 a party becomes dissatisfied with a response and seeks relief from the court pursuant to the
2 Federal Rules of Civil Procedure.  Discovery requests between the parties shall not be filed with
3 the court unless, and until, they are at issue.
4     In accordance with the above, IT IS HEREBY ORDERED that:
5     1. Plaintiff shall submit, within thirty days from the date of this order, a certified
6 copy of his prison trust account statement for the six month period immediately preceding the
7 filing of the complaint.  Plaintiff's failure to comply with this order will result in a
8 recommendation that this action be dismissed without prejudice.
9     2. The Clerk of the Court is directed to send plaintiff a new Application to
10 Proceed In Forma Pauperis By a Prisoner.
11     3.  Plaintiff's November 7, 2007 first set of interrogatories will be placed in the
12 court file and disregarded.  Plaintiff is cautioned that further filing of discovery requests or
13 responses, except as required by rule of court, may result in an order of sanctions, including, but
14 not limited to, a recommendation that this action be dismissed.
15 DATED:  November 21, 2007.

_____
U.S. MAGISTRATE JUDGE

18 /mp
harp2148.3e

2