1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL HARPER,

       Plaintiff,                      No. CIV S-07-2148 LEW KJM P

   vs.

N. COSTA, et al.,

       Defendants.

_____/     ORDER

          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

          Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $1.38 will be assessed by this order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the

1

1  preceding month's income credited to plaintiff's prison trust account.  These payments will be
2  forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
3  account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

4  The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983
5  and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a
6  reasonable opportunity to prevail on the merits of this action.

7  Plaintiff has filed a document entitled "request for production of documents."
8  Plaintiff is informed that court permission is not necessary for discovery requests and that neither
9  discovery requests served on an opposing party nor that party's responses should be filed until
10 such time as a party becomes dissatisfied with a response and seeks relief from the court
11 pursuant to the Federal Rules of Civil Procedure.  Discovery requests between the parties shall
12 not be filed with the court unless, and until, they are at issue.  Moreover, during the course of the
13 litigation, the court will issue a scheduling order, which will include the dates for the discovery
14 process.

15 In accordance with the above, IT IS HEREBY ORDERED that:

16 1. Plaintiff's request for leave to proceed in forma pauperis is granted.

17 2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
18 Plaintiff is assessed an initial partial filing fee of $ 1.38.  All fees shall be collected and paid in
19 accordance with this court's order to the Director of the California Department of Corrections
20 and Rehabilitation filed concurrently herewith.

21 3. Service is appropriate for the following defendants: Costa and Ochoa.

22 4. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons,
23 an instruction sheet and a copy of the amended complaint filed October 26, 2007.

24 5. Within thirty days from the date of this order, plaintiff shall complete the
25 attached Notice of Submission of Documents and submit the following documents to the court:

26 a. The completed Notice of Submission of Documents;

1           b. One completed summons;

2           c. One completed USM-285 form for each defendant listed in number 3
3 above; and
4           d. Three copies of the endorsed amended complaint filed October 26,
5 2007.

6     6. Plaintiff need not attempt service on defendants and need not request waiver of
7 service. Upon receipt of the above-described documents, the court will direct the United States
8 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
9 without payment of costs.

10     7. Plaintiff's November 27, 2007 request for the production of documents will be
11 disregarded. Plaintiff is cautioned that he will be subject to sanctions, including dismissal of the
12 action, if he files discovery requests unconnected to a motion to compel filed in accordance with
13 any future scheduling order.

14 DATED: January 15, 2008.

_____
U.S. MAGISTRATE JUDGE

3

```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  DANIEL HARPER,
11           Plaintiff,              No. CIV S-07-2148 LEW KJM P
12      vs.
13  N. COSTA, et al.,                NOTICE OF SUBMISSION
14           Defendants.             OF DOCUMENTS
15  _____/
16           Plaintiff hereby submits the following documents in compliance with the court's
17  order filed _____:
18           ____    completed summons form
19           ____    completed USM-285 forms
20           ____    copies of the _____
                                    Amended Complaint
21  DATED:
22
23
                                              _____
24                                             Plaintiff
25
26
```