1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANIEL HARPER,** | 2:07-cv-2148 JAM KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **N. COSTA, et al.,** | |
| Defendant. | |

The Court, having considered Defendants' request for an extension of time (docket no. 37) to respond to document requests directed to Defendant Costa, and interrogatories directed to Defendants Costa and Ochoa, dated October 16, 2009 , and good cause appearing:

IT IS ORDERED:  The deadline for Defendants to respond to the above-referenced discovery is forty-five days after the prospective filing date of the Court's order on Defendants' Motion to Dismiss.

DATED:  November 24, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1